# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 29, 2017

SEAN F. McAVOY, CLERK

David Scott Waring

*Plaintiff*

v.

Sheriff Ozzie Knezovich, John McGrath, John Sparber and 12 Unknown Named Corrections Personnel

*Defendant*

Civil Action No. 2:17-cv-00185-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Motion to Voluntarily Dismiss Complaint, ECF No. 28, GRANTED. Complaint is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian  on a motion to Voluntarily Dismiss Complaint, ECF No. 28, GRANTED. Complaint is DISMISSED WITHOUT PREJUDICE.

Date: 12/29/17

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler